IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER R. PRICE,** | |
| **Plaintiff,** | |
| v. | Case No. 22-cv-2805-RJD |
| **JOHN DOE #1, JOHN DOE #2, DANIEL MONTI, IRA JACK, and JASON ROBINSON,** | |
| **Defendants.** | |

# MEMORANDUM AND ORDER

**DALY, Magistrate Judge:**

This matter is before the Court for case management purposes. Specifically, Plaintiff Christopher R. Price has failed to identify the remaining John Does in this case.

On December 2, 2022, Price filed his Complaint (Doc. 1) alleging an Eighth Amendment failure to protect claim against John Doe #1, John Doe #2, Ira Jack, and Jason Robinson (Doc. 16, p. 3). On August 18, 2023, the Court entered a John Doe Scheduling Order (Doc. 29) setting a deadline of October 18, 2023 for Price to identify John Doe #1 and John Doe #2. Price was warned that his failure to identify the John Does would result in their dismissal from the case (*Id*. at p. 3). As part of that scheduling order, Price was directed to provide Defendants by September 18, 2023 all information in his possession that would help identify the John Does (*Id*. at p. 2). Defendants had until October 2, 2023 to provide Price with the identity of the John Does or, if unable to make a specific identification, they were to provide him with documents and information to assist Price in identifying the John Does (*Id*.).

On October 2, 2023, Defendant Daniel Monti filed his notice of compliance (Doc. 30). Monti stated that Price failed to comply with the Court's Order and failed to provide any information regarding the identification of the John Does. Because Price failed to provide any identifying information, Monti was only able to provide a roster for the relevant date, which Monti mailed to Price at his current facility (*Id*. at p. 2).

As of this date, Price has neither provided Defendants with identifying information as required by the Court's Order, identified the John Does, or asked for additional time to identify them. Because Price failed to identify John Doe #1 and John Doe #2 as required by the Court's Order (Doc. 29) the Court **DISMISSES without prejudice** the claims against John Doe #1 and John Doe #2. The Clerk is **DIRECTED** to enter judgment accordingly at the close of the case. Daniel Monti was added to the case, in his official capacity only, to respond to discovery aimed at identifying the John Does. Because the John Does have been dismissed, the Court now **DISMISSES** Daniel Monti as a party to this case.

**IT IS SO ORDERED.**

**DATED:   12/13/2023**

> */s/ Reona J. Daly*
> **REONA J. DALY**
> **United States Magistrate Judge**